**The Honorable Benjamin H. Settle**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN THOMPSON,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>WELLS FARGO CLEARING SERVICES LLC, D/B/A/ WELLS FARGO ADVISORS,<br><br>Garnishee. | NO. 3:21-MC-05000-BHS<br><br>(3:19-CR-5369-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Wells Fargo Clearing Services LLC, D/B/A/ Wells Fargo Advisors is relieved of further responsibility pursuant to this garnishment.

//

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Susan Thompson and Wells Fargo Clearing Services LLC, D/B/A/ Wells Fargo Advisors. USDC#: 3:21-MC-05000-BHS/(3:19-CR-5369-1)*1

DATED this 4th day of March, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Susan Thompson and Wells Fargo Clearing Services LLC, D/B/A/ Wells Fargo Advisors. USDC#: 3:21-MC-05000-BHS/(3:19-CR-5369-1)*2